IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, a victim of sex trafficking,<br><br>                          Plaintiff,<br><br>vs.<br><br>SHANE HARRINGTON d/b/a PARADISE CITY; CARL KRAMER, SR.; JOEY BAUMBACH; and JAY SEDHI HOSPITALITY LLC, a Nebraska limited liability corporation,<br><br>                          Defendants. | Case No. 7:25-cv-5010<br><br>INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

Jane Doe, Plaintiff in the above-captioned matter, by and through her counsel of record, hereby submits the following evidence in response to this Court's Order to Show Cause, and in support of Plaintiff's Motion for Leave to File Second Amended Complaint, as follows:

1. Affidavit of Maren Lynn Chaloupka.

JANE DOE, Plaintiff,

By:   /s/ *Maren Lynn Chaloupka*
       Maren Lynn Chaloupka – NSBA #20864
       Chaloupka Law LLC
       1906 Broadway
       P.O. Box 1724
       Scottsbluff, NE  69363-1724
       (308) 270-5091
       mlc@chaloupkalaw.net

       -AND-

        Todd Flynn – NSBA #21945
        Todd Flynn Law Office, P.C., L.L.O.
        P.O. Box 247
        Ainsworth, NE  69210
        (402) 382-3420
        tflynnlaw@threeriver.net

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of February 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Chinedu I. Igbokwe | Justin W. Pritchett |
| Banwo & Igbokwe Law Firm, LLC | Chandler \| Conway, P.C., LLO |
| 3568 Dodge Street, Suite 100 | 1018 Dodge Street, Suite 5 |
| Omaha, NE  68131 | Omaha, NE 68102 |
| nedu@bi-law.com | justin@chandlerconway.com |

Separately, the undersigned hereby certifies that a copy of the foregoing was sent via email to the following, who have indicated that they represent parties to the case, but who have yet to officially enter an appearance:

| | |
|---|---|
| Michael B. Duffy | Robert B. Creager |
| Fraser Stryker, PC, LLO | Anderson, Creager & Wittstruck PC LLO |
| 500 Energy Plaza | 1601 Old Cheney Road |
| 409 S. 17th Street | Lincoln, NE 68512 |
| Omaha, NE  68102 | bob@acwlaw.com |
| mduffy@fraserstryker.com | |

          /s/ *Maren Lynn Chaloupka*