IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, a victim of sex trafficking,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE HARRINGTON d/b/a PARADISE CITY; CARL KRAMER, SR.; JOEY BAUMBACH; and JAY SEDHI HOSPITALITY LLC, a Nebraska limited liability corporation,<br><br>Defendants. | Case No. 7:25-cv-5010<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME |

Jane Doe, Plaintiff in the above-captioned matter, by and through her counsel of record, moves this Court for an Order enlarging the time in which to respond to Defendant JAY SEDHI HOSPITALITY's Motion to Dismiss, from the current deadline of March 16 to March 23.

In support of this Motion, the undersigned warrants that she has communicated with counsel for JAY SEDHI HOSPITALITY and is advised that that Defendant does not oppose this Motion. The undersigned and counsel for counsel for JAY SEDHI HOSPITALITY are engaged in communications regarding potential resolution of this Motion and expect to complete those communications within the coming week.

JANE DOE, Plaintiff,

By: /s/ *Maren Lynn Chaloupka*
Maren Lynn Chaloupka – NSBA #20864
Chaloupka Law LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

-AND-

Todd Flynn – NSBA #21945
Todd Flynn Law Office, P.C., L.L.O.
P.O. Box 247
Ainsworth, NE  69210
(402) 382-3420
tflynnlaw@threeriver.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of March 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Chinedu I. Igbokwe<br>Banwo & Igbokwe Law Firm, LLC<br>3568 Dodge Street, Suite 100<br>Omaha, NE  68131<br>nedu@bi-law.com | Justin W. Pritchett<br>Chandler \| Conway, P.C., LLO<br>1018 Dodge Street, Suite 5<br>Omaha, NE 68102<br>justin@chandlerconway.com |
| Michael B. Duffy<br>Fraser Stryker, PC, LLO<br>500 Energy Plaza<br>409 S. 17th Street<br>Omaha, NE  68102<br>mduffy@fraserstryker.com | Robert B. Creager<br>Anderson, Creager & Wittstruck PC LLO<br>1601 Old Cheney Road<br>Lincoln, NE 68512<br>bob@acwlaw.com |

    */s/ Maren Lynn Chaloupka*