IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | **7:25CV5010** |
| v. | |
| SHANE HARRINGTON; CARL KRAMER, SR.; JAY SEDHI HOSPITALITY, LLC; JOEY BAUMBACH; TIMOTHY JEYS; and MELTECH, INC., | **ORDER** |
| Defendants. | |

This matter is before the Court on plaintiff Jane Doe's ("Doe") Motion to Dismiss (Filing No. 42) defendant Jay Sedhi Hospitality, LLC ("JSH" and with Doe, the "parties") as a party to this action. The parties have stipulated (Filing No. 41) that rather than Doe responding to JSH's pending Motion to Dismiss for failure to state a claim (Filing No. 29), *see* Fed. R. Civ. P. 12(b)(6), they agreed she would move to dismiss her claims against JSH without prejudice under certain conditions.

While some questions remain as to the best procedural means to accomplish the parties' goal, *see* Fed. R. Civ. P. 15, 41(a); *Williams v. Clarke*, 82 F.3d 270, 272 (8th Cir. 1996); *Helena Agri-Enters., LLC v. Spencer*, No. 8:25CV145, 2025 WL 815209, at *1 (D. Neb. Mar. 13, 2025) (discussing *Wilson v. Crouse-Hinds Co.*, 556 F.2d 870, 873 (8th Cir. 1977)), the Court commends their effort to resolve their dispute—at least for now—in a sensible and efficient manner, *see* Fed. R. Civ. P. 1 (promoting "the just, speedy, and inexpensive determination of every action and proceeding"); *United States v. Pfizer Inc.*, 560 F.2d 319, 322-23 (8th Cir. 1977) (describing the law's preference for "settlement and compromise of litigation").

With that, the Court will do its part to facilitate the parties' agreement and accomplish those ends. *See, e.g.*, *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (recognizing "the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

IT IS THEREFORE ORDERED:

1.    The parties' Joint Stipulation (Filing No. 41) is accepted.

2.    Plaintiff Jane Doe's Motion to Dismiss (Filing No. 42) is granted.

3.    Defendant Jay Sedhi Hospitality, LLC is dismissed from this case without prejudice.

4.    Its pending Motion to Dismiss (Filing No. 29) is denied as moot.

Dated this 30th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2