IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, a victim of sex trafficking,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE HARRINGTON d/b/a PARADISE CITY; TIMOTHY JEYS; MELTECH, INC., a Nebraska corporation; CARL KRAMER, SR.; JOEY BAUMBACH; and JAY SEDHI HOSPITALITY LLC, a Nebraska limited liability corporation,<br><br>Defendant. | Case No. 7:25-CV-5010<br><br><br>ANSWER |

COMES NOW Defendant, Carl Kramer, Sr., by and through undersigned Counsel of record and for his Answer to Plaintiff's Second Amended Complaint states avers, and alleges, as follows:

1. Defendant is not named in Paragraphs 1 through 6 and thus, lacks sufficient knowledge as to the allegations contained in those Paragraphs and, therefore, denies the same.

2. Defendant admits Paragraph 7.

3. Defendant is not named in Paragraphs 8 or 9 and thus, lacks sufficient knowledge as to the allegations contained in those Paragraphs and, therefore, denies the same.

4. Defendant admits Paragraph 10.

5. Defendant is not named in Paragraphs 11 to16 and thus, lacks sufficient knowledge as to the allegations contained in those Paragraphs and, therefore, denies the same.

6. Defendant admits Paragraph 17.

7. Defendant denies the allegations contained in Paragraphs 18 to 25 of the Second Amended Complaint.

8.  Defendant is not named in Paragraphs 26 to 61 and thus, lacks sufficient knowledge as to the allegations contained in those Paragraphs and, therefore, denies the same.

9.  Defendant admits Paragraph 62.

10. Defendant denies Paragraphs 63 and 64.

11. Defendant is not named in Paragraphs 65 or 66 and thus, lacks sufficient knowledge as to the allegations contained in those Paragraphs and, therefore, denies the same.

12. Defendant denies Paragraph 67.

13. Defendant is not named in Paragraphs 68 to 99 and thus, lacks sufficient knowledge as to the allegations contained in those Paragraphs and, therefore, denies the same.

14. Defendant denies Paragraphs 100 to 108.

## AFFIRMATIVE DEFENSES

Defendant affirmatively alleges:

15. That the Plaintiff failed to mitigate her damages;

16. That Plaintiff failed to state a claim upon which relief can be granted;

17. That Plaintiff's claims are barred by the doctrine of waiver and/or unclean hands;

18. Defendant reserves the right to assert additional affirmative defenses.

WHEREFORE, Defendant, having fully answered Plaintiff's Complaint, prays that Plaintiff's Complaint be dismissed, with prejudice, to any future action and at Plaintiff's cost, and for any such other and further relief as the Court deems just and proper.

CARL KRAMER, SR., Defendant,

By:    */s/Justin W. Pritchett*
JUSTIN W. PRITCHETT, #27914
Pritchett Law PLLC
1402 Dodge Street, Suite 206
Omaha, NE 68102
Tel: (402) 279-4166
Fax: (402) 279-0327
Email: justin@pritchettlawoffice.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing Entry of Appearance with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to all parties of record.

*/s/Justin W. Pritchett*