IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE DOE, etc, | ) | |
| | ) | 25 cv 5010 |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| JOEY BAUMBACH, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now the Defendant Joey Baumbach, by and through counsel and moves for an extension of time to respond to the Second Amended Complaint for an additional 7 days from May 5, 2026 and including May 11, 2026 for the following good and sufficient reasons:

1) The parties are in active settlement negotiations, the purpose of which is to avoid the cost of litigating a pretrial motion to dismiss.

2) That the Plaintiff is considering and offer extended by the Defendant Baumbach and has requested, and defense counsel has agreed, to the extension of time for consideration of the settlement offer.

WHEREFORE, the Defendant prays for an order accordingly.

JOE BAUMBACH, Defendant

*s/Robert B. Creager*
Robert B. Creager # 15370
ANDERSON, CREAGER &
 WITTSTRUCK, P.C. LLO
1601 Old Cheney Rd
Lincoln, NE  68512
(402) 477-8800
Attorney for Baumbach
rcreager@acwlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 4, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a copy to:

Maren Lynn Chaloupka – NSBA #20864
Chaloupka Law LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

Chinedu I. Igbokwe
Banwo & Igbokwe Law Firm, LLC
3568 Dodge Street, Suite 100
Omaha, NE 68131
nedu@bi-law.com

Michael B. Duffy
Fraser Stryker, PC, LLO
500 Energy Plaza
409 S. 17th Street
Omaha, NE 68102
mduffy@fraserstryker.com

Justin W. Pritchett
Chandler | Conway, P.C., LLO
1018 Dodge Street, Suite 5
Omaha, NE 68102
justin@chandlerconway.com

Todd Flynn – NSBA #21945
Todd Flynn Law Office, P.C., L.L.O.
P.O. Box 247
Ainsworth, NE 69210
(402) 382-3420
tflynnlaw@threeriver.net

*s/Robert B. Creager*
Robert B. Creager # 15370