IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, a victim of sex trafficking; | |
| | |
| Plaintiff, | **7:25CV5010** |
| | |
| vs. | |
| | |
| | **ORDER TO SHOW CAUSE** |
| SHANE HARRINGTON, CARL KRAMERSR., JOEY BAUMBACH, TIMOTHY JEYS, and MELTECH, INC., | |
| | |
| Defendants. | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on December 8, 2025. (Filing No. 1). An Amended Complaint was filed on December 24, 2026. (Filing No. 3). A Second Amended Complaint was filed without leave of the court on January 23, 2026. (Filing No. 13). After reviewing Plaintiff's response to an order to show cause, the court determined the Second Amended Complaint would be the operative pleading and set answer deadlines for the defendants who had already been served. (Filing No. 23).

Timothy Jeys was named as a defendant for the first time in the Second Amended Complaint and Plaintiff requested summons on February 11, 2026. (Filing No. 15). On March 31, 2026, Plaintiff filed a summons return indicating the summons was executed by personal service on Timothy Jeys on March 6, 2026. (Filing No. 46). To date Defendant

1

Timothy Jeys has not filed any answer or other response to the Second Amended Complaint or otherwise appeared in this case, and Plaintiff has not taken further action.

Plaintiff has a duty to prosecute this case and may, for example, seek default in accordance with applicable rules, voluntarily dismiss this action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the claims against Defendant Timothy Jeys will be dismissed for lack of prosecution.[1]

Accordingly,

IT IS ORDERED that on or before June 1, 2026, Plaintiff must show cause why the claims against Defendant Timothy Jeys should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 11th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge

---

[1] This order relates only to Defendant Timothy Jeys. The other defendants named in the Second Amended Complaint have appeared and are either participating or have been dismissed. *See* Filing No. 48 (Answer filed by Carl Kramer, Sr.); Filing No. 51 (Motion to Dismiss filed by Defendants Shane Harrington and Meltech, Inc.); Filing No. 49 and 50 (Defendant Joey Baumbach's deadline to file an answer or other response to the Second Amended Complaint is May 11, 2026); Filing No. 44 (Defendant Jay Sedhi Hospitality, LLC was dismissed upon a stipulation of the parties).

2