IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE, a victim of sex trafficking;

        Plaintiff,

   vs.

SHANE HARRINGTON, CARL KRAMER
SR., JOEY BAUMBACH, and MELTECH,
INC.,

        Defendants,

   vs.

TIMOTHY JEYS

        Defaulted Defendant.

**7:25CV5010**


**ORDER**

Counsel for Plaintiff notified the undersigned magistrate judge that Plaintiff has settled her claims with Defendant Joey Baumbach.

**IT IS ORDERED:**

1. On or before July 13, 2026, Plaintiff and Defendant Baumbach shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the claims against Defendant Baumbach;

2. Absent compliance with this order the claims against Defendant Baumbach may be dismissed without further notice.

Dated this 13th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge