IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, a victim of sex trafficking;<br><br>Plaintiff,<br><br>vs.<br><br>SHANE HARRINGTON, CARL KRAMER SR., JOEY BAUMBACH, and MELTECH, INC.,<br><br>Defendants. | **7:25CV5010**<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court upon review of the docket. Counsel for Plaintiff notified the court that Plaintiff had settled her claims with Defendant Joey Baumbach. On May 13, 2026, the court entered an order giving the parties sixty days to "file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the claims against Defendant Baumbach." (Filing No. 58). The parties did not file a stipulation by the July 13, 2026, deadline.

The court emailed the parties on July 21, 2026, and directed Plaintiff and Defendant Baumbach to file a stipulation for dismissal or formal motion to extend with a statement of good cause by the close of business on July 22, 2026. Plaintiff filed a motion to extend stating Plaintiff was awaiting receipt of the Release with Baumbach's signature, as well as the consideration for the Release and dismissal of claims against Baumbach. (Filing No. 65). The deadline was extended to August 4, 2026. (Filing No. 66). No stipulation for dismissal or motion to dismiss has been filed and the time for doing so has passed. Plaintiff

and Defendant Baumbach have not explained the failure to comply with the court's order and why they have not filed or cannot file dismissal documents. Accordingly,

IT IS ORDERED:

1) On or before August 14, 2026, Plaintiff and Defendant Baumbach shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the claims against Defendant Baumbach or show cause why compliance is not possible. Any show cause documents filed by the parties shall explain not only why dismissal documents were not timely filed and cannot be filed at this time, but also why the parties failed to promptly advise the court of any problems purportedly justifying their delay.

2) Failure to timely file a dismissal or to respond with sufficient good cause will result in a recommendation that the claims against Defendant Baumbach be dismissed without further notice.

Dated this 11th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge