IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE DOE, a victim of sex trafficking,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE HARRINGTON d/b/a PARADISE CITY; TIMOTHY JEYS; MELTECH, INC., a Nebraska corporation; CARL KRAMER, SR.; JOEY BAUMBACH; and JAY SEDHI HOSPITALITY LLC, a Nebraska limited liability corporation,<br><br>Defendants. | ) | Case No. 7:25-cv-5010<br><br>**ENTRY OF APPEARANCE**<br><br>**(Olivia Norman)** |

COMES NOW M. Olivia M. Norman of Fraser Stryker PC LLO and hereby enters her appearance on behalf of Defendants Shane Harrington ("Harrington") and MelTech, Inc. ("MelTech") in the above-captioned lawsuit.

DATED this 22nd day of September 2026.

SHANE HARRINGTON d/b/a PARADISE CITY and MELTECH, INC., Defendants,

By: */s/ M. Olivia M. Norman*

Michael B. Duffy, #27529
M. Olivia M. Norman, #28180
FRASER STRYKER PC LLO
1501 Mike Fahey Street, Suite 400
Omaha, NE 68102
(402) 341-6000 (telephone)
(402) 341-8290 (facsimile)
mduffy@fraserstryker.com
onorman@fraserstryker.com
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically on September 22, 2026, with the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all counsel of record, as well as mailed via USPS to the following:

Timothy Jeys
12970 24th Road
Elm Creek, NE 68836

By: *_/s/ M. Olivia M. Norman_*
M. Olivia M. Norman, #28180